United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ENDER DE JESUS URDANETA NAVA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-807 |
| | § | |
| DAVID ALMENDAREZ[1] *et al.* | § | |

## ORDER

Petitioner, an undocumented alien, brings this 28 U.S.C. § 2241 writ of habeas corpus, challenging the constitutionality of their detention (Dkt. No. 1). The Court previously stayed this case pending the Fifth Circuit's resolution of the identical legal issue presented here (*see* Dkt. No. 4). Finding good cause, the Court hereby **LIFTS** the stay and **ENTERS** the following order.

In *Rodriguez v. Ortega*, -- F.4th --, 2026 WL 1906557 (5th Cir. July 2, 2026), the Fifth Circuit held "that the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." 2026 WL 1906557, at *16. "[A] hearing must be held within 90 days of the commencement of detention and that at the hearing, the Government must articulate an individualized justification for further detention without bond." *Id.*

If Petitioner has been detained under § 1225(b)(2)(A) for ninety or more days, Respondents are **ORDERED** to comply with *Rodriguez* within **five days of the date of this Order**. *Id.* Respondents are further **ORDERED** to file an advisory confirming their compliance within five days after the bond hearing occurs. If Petitioner has not been

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David Venturella is substituted for Respondent Todd Lyons in this case. The Clerk of Court is **DIRECTED** to substitute this party on the docket sheet.

1

detained for ninety or more days, their claim is premature under *Rodriguez*.

All relief not expressly provided for in this Order is **DENIED**. The Court will enter Final Judgment under separate cover. *See* Fed. R. Civ. P. 58(a).

The Court's previous order to advise it within three days of any developments in *Rodriguez* is **VACATED**.

It is so **ORDERED**.

**SIGNED** July 6, 2026.

Marina Garcia Marmolejo
United States District Judge

2